**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>Mabelene A. Peterson<br><br>Debtor(s) | Case No.: 18-20142<br>Chapter: 13<br>Hearing Date: 7/19/19<br><br>Judge Janet S. Baer |

## NOTICE OF MOTION

TO:   Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Mabelene A. Peterson, Debtor(s), 930 Elm Street, Saint Charles, IL 60174
John J. Lynch, Attorney for Debtor(s), 1011 Warrenville Road, Suite 150, Lisle, IL 60532 by electronic notice through ECF

PLEASE TAKE NOTICE that on 7/19/19, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Janet S. Baer, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Kane County Courthouse 100 S. Third Street, Geneva, Illinois, room 240, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on July 11, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 11, 2019.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-19-05675)**

NOTE: This law firm is a debt collector.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 11, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 11, 2019.

- Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
- Mabelene A. Peterson, Debtor(s), 930 Elm Street, Saint Charles, IL 60174
- John J. Lynch, Attorney for Debtor(s), 1011 Warrenville Road, Suite 150, Lisle, IL 60532 by electronic notice through ECF

          /s/ Peter C. Bastianen
           Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-19-05675)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  <br><br>Mabelene A. Peterson  <br><br><br>Debtor(s) | Case No.: 18-20142  <br>Chapter: 13  <br>Hearing Date: 7/19/19  <br><br>Judge Janet S. Baer |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** PennyMac Loan Services, LLC, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2. The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 930 Elm St, St Charles, IL 60174-4125;

3. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 7/18/18;

4. The Chapter 13 plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceeding;

5. Pursuant to the plan, Debtor(s) is/are to disburse the current monthly mortgage payments directly to Movant beginning with the first payment due after the filing of the Chapter 13 Bankruptcy (subject to periodic adjustment due to change in escrow);

6.      Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reasons:

    a)    As of 07/05/2019, the Debtor(s) is/are past due for the 4/1/19 payment, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

    b)    As of 07/05/2019, the total post-petition default through and including 7/1/19, is $6,166.28, which includes a suspense credit of $1,681.44. Any payments received after this date may not be reflected in this default. This amount includes post-petition attorney fees in the amount of $1,031.00;

7.      Said failure to make post-petition mortgage payments is sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. Section 362(d)(1);

8.      This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

9.      Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding:

    $850.00    for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same
    $181.00    for Court filing fee

**WHEREFORE,** PennyMac Loan Services, LLC prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, and for such other and further relief as this Court may deem just and proper.

Dated this July 11, 2019.

        Respectfully Submitted,

        Codilis & Associates, P.C.

        By: /s/ Peter C. Bastianen

        Berton J. Maley ARDC#6209399
        Rachael A. Stokas ARDC#6276349
        Peter C. Bastianen ARDC#6244346
        Joel P. Fonferko ARDC#6276490
        Brenda Ann Likavec ARDC#6330036
        Karl V. Meyer ARDC#6220397
        Grant W. Simmons ARDC#6330446
        **Codilis & Associates, P.C.**
        15W030 North Frontage Road, Suite 100
        Burr Ridge, IL 60527
        (630) 794-5300
        **C&A FILE (14-19-05675)**

NOTE: This law firm is a debt collector.